Donald J. Kennedy (DK 1859)
Laura Anne Reeds (LR 9681)
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Bryggen Shipping and Trading AS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Bryggen Shipping and Trading AS,

       Plaintiff,

   - against -

Univen Petroquimica Ltda,

       Defendant.

-----------------------------------------------------------------X

JUDGE JONES

07 CV 3084

07 Civ.

ECF CASE

**DISCLOSURE OF INTERESTED PARTIES TO FEDERAL RULE 7.1**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff.

6173881.1

1

AS Network Chartering of Bergen, Norway is the corporate parent of Bryggen Shipping and Trading AS.

Dated: April 17, 2007
      New York, New York

By: _____
Donald J. Kennedy (DK 1859)
Laura Anne Reeds (LR 9681)
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. 212-732-3200
Fax: 212-732-3232

6173881.1