Donald J. Kennedy (DK 1859)
Laura Anne Reeds (LR 9681)
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Bryggen Shipping and Trading AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Bryggen Shipping and Trading AS,

                                Plaintiff,

07 Civ. 3084 (BSJ)

                - against -

ECF CASE

**AFFIDAVIT IN SUPPORT OF REQUEST FOR APPOINTMENT TO SERVE PROCESS**

Univen Petroquimica Ltda,

                              Defendant.

-----------------------------------------------------------------X

STATE OF NEW YORK  )
                             : ss.:
COUNTY OF NEW YORK  )

      Donald J. Kennedy, being duly sworn, deposes and says:

      1.     I am a member of the firm of Carter Ledyard & Milburn LLP, attorneys for the Plaintiff herein.

      2.     We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or

1

economically. I respectfully request that the Court appoint Edurin Colon, or any other person appointed by Carter Ledyard & Milburn LLP who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment and Garnishment and supplemental process on American Express Bank, Bank of America, N.A., Bank of New York, Citibank, N.A., HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A., or upon any other or additional garnishees as may be named in any supplemental Process of Maritime Attachment and Garnishment.

WHEREFORE, it is respectfully requested that the aforementioned person, Edurin Colon, or any other person appointed by Carter Ledyard & Milburn LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

Donald J. Kennedy

Sworn to before me this
17th day of April, 2007

Notary Public

MARITZA LEON
Notary Public, State of New York
No. 01LE6003817
Qualified in Nassau County
Commission Expires March 9, 2010