Donald J. Kennedy (DK 1859)
Laura Anne Reeds (LR 9681)
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Bryggen Shipping and Trading AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bryggen Shipping and Trading AS,

Plaintiff,

- against -

Univen Petroquimica Ltda,

Defendant.

---

07 Civ. 3084 (BSJ)

ECF CASE

**AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT**

State of New York )
) ss.:
County of New York )

Laura Anne Reeds, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and an attorney with the firm of Carter Ledyard & Milburn LLP, which represents Bryggen Shipping and Trading AS, the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure.

2. I attempted to locate the Defendant, Univen Petroquimica Ltda, within this district by conducting the following investigation on April 12, 2007:

a. I checked the 2006–2007 Verizon company information directory for New York and did not find any listing under Univen Petroquimica Ltda.

b. I called directory assistance for New York and was informed that there was no listing for Univen Petroquimica Ltda in any of the boroughs of New York.

c. I searched the New York White and Yellow Pages on the internet and did not find any listing under Univen Petroquimica Ltda.

d. I searched the New York State Division of Corporations information database, and found a listing for "Univen Enterprises, Inc." This corporation is listed as inactive, and no phone number or address is provided. CT Corp. System, 227 Park Ave., New York, New York, 10017 is listed as the registered agent of this corporation. I called their offices at 212-894-8940, but was told that they could not provide me with any information about this corporation.

e. I conducted an internet search using the Google search engine with the search term "Univen Petroquimica." I found a listing for "Univen Petroquimica Ltda" at 399 Rua Joao Batista Pessini, Itupeva, Brazil 13295-000, with phone number 55(0)(11)45910400. The other search results were either in Portuguese or inaccessible.

3. Based on the foregoing, I submit that the Defendant cannot be "found" within this District for the purpose of obtaining a maritime attachment pursuant to Rule B.

4. Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of garnishees American Express Bank, Bank of America, N.A., Bank of New York, Citibank, N.A., Deutsche

Bank Trust Co. Americas, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., La Salle Bank, N.A., USB AG, U.S. Bank N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A.

5. This is Plaintiff's first request for this relief made to any Court.

WHEREFORE, the Plaintiff respectfully requests that this Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendant's tangible and intangible property within this District in the hands of the aforesaid garnishees.

Dated: April 17, 2007
New York, NY

Laura Anne Reeds

Sworn and subscribed to before me
this 17th day of April 2007.

Notary Public

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate filed in New York County
Commission Expires April 18, 2010