Carter Ledyard & Milburn LLP
Attorneys for Plaintiff
Bryggen Shipping and Trading AS,
Donald J. Kennedy (DK 1859)
Laura Anne Reeds (LR 9681)
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Bryggen Shipping and Trading AS,

         Plaintiff,

    - against -

Univen Petroquimica Ltda,

         Defendant.

------------------------------------------------------------X

07 Civ. 3084 (BSJ)

ECF CASE

**ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

  Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 17th day of April, 2007, and the affidavit of Laura Reeds, sworn to on the 17th day of April, 2007, that to the best of her information and belief, the Defendant cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental

1

Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist.

NOW, upon motion of Carter Ledyard & Milburn LLP, attorneys for the Plaintiff, it is hereby

ORDERED, that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all assets of the Defendant as described therein in the possession, custody or control of, or being transferred through American Express Bank, Bank of America, N.A., Bank of New York, Citibank, N.A., HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A. and any other garnishee(s) on whom a copy of the Order of Attachment may be served, in the amount of $1,035,233.30 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 13, 2007

_____
U.S.D.J.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the MARSHAL of the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court, Southern District of New York on the 17th day of April, 2007, and styled:

Bryggen Shipping and Trading AS,

    Plaintiff,

07 Civ. 3084 (BSJ)

- against -

Univen Petroquimica Ltda,

    Defendant.

in a certain action for amount due Plaintiff from Defendant in connection with a claim for breach of Charter Party and other charges and for other claims, and praying for Process of Maritime Attachment and Garnishment against the said Defendant in the amount of $1,035,233.30; and,

WHEREAS, this Process is issued pursuant to such prayer and requires that a garnishee shall serve his Answer, together with answers to any Interrogatories served with the Verified Complaint, within 20 days after service of process upon him and requires that Defendant shall serve its Answer within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrest of property within the possession of the garnishees.

1

2

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District, you attach all assets, cash, funds, credits, wire transfers, electronic fund transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other assets of, belonging to, due or being transferred for the benefit of the said Defendant, including but not limited to any such assets as may be in the possession, custody or control of, or being transferred through American Express Bank, Bank of America, N.A., Bank of New York, Citibank, N.A., HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A. together with any such assets as may be held by any other garnishee(s) on whom a copy of this Process of Maritime Attachment and Garnishment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

WITNESS, the Honorable _____, United States District Judge of said Court, this 17th day of April, 2007, and of our Independence the two hundred and thirtieth.

                                                    Clerk

                                         By: _____
                                                  Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.