Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRYGGEN SHIPPING AND TRADING AS,

                Plaintiff,           07 CIV 3084 (BSJ)

   -against-

UNIVEN PETROQUIMICA LTDA,     ANSWER OF GARNISHEE
                                                   STANDARD CHARTERED BANK IN
                                                   RESPONSE TO MARITIME
                                                   ATTACHMENT AND GARNISHMENT
                Defendant.
-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated April 19, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on April 25, 2007, the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendant, except for the following two (2) wire transfers which have been restrained pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

#1005                                    1

Wire No. 1:

| | |
|---|---|
| Transaction Reference: | 20070425-00057354 |
| Sender Reference Number: | FIMP 154/00/07 |
| Wire Transfer Request Received (NY): | April 25, 2007 |
| Value Date: | April 25, 2007 |
| Amount of Wire: | US$340,851.00 |
| Amount Restrained: | US$340,851.00 |
| Originator: | **Univen Petroquimica Ltda** |
| | Rua Joao Batista Pessini, 399 |
| | Itupeva – SP - Brasil |
| Originator's Bank: | Banco Industrial E Comercial S.A. |
| | Av. Paulista 1048, 12 Andar |
| | Cep 01310-100 Sao Paulo, Brasil |
| Beneficiary: | Fox Petrol S.A. |
| | 25 De Mayo 583 – 6 Piso |
| | Capital Federal - Argentina |
| Beneficiary Bank: | Laredo National Bank |
| | 700 San Bernerdo |
| | Laredo, TX |

Wire No. 2:

| | |
|---|---|
| Transaction Reference: | 20070430-00068757 |
| Sender Reference Number: | FIMP 163/00/07 |
| Wire Transfer Request Received (NY): | April 30, 2007 |
| Value Date: | April 30, 2007 |
| Amount of Wire: | US$340,851.00 |
| Amount Restrained: | US$340,851.00 |
| Originator: | **Univen Petroquimica Ltda** |
| | Rua Joao Batista Pessini, 399 |
| | Itupeva – SP - Brasil |
| Originator's Bank: | Banco Industrial E Comercial S.A. |
| | Av. Paulista 1048, 12 Andar |
| | Cep 01310-100 Sao Paulo, Brasil |
| Beneficiary: | Fox Petrol S.A. |
| | 25 De Mayo 583 – 6 Piso |
| | Capital Federal - Argentina |
| Beneficiary Bank: | Laredo National Bank |
| | 700 San Bernerdo |
| | Laredo, TX |

Dated:   New York, New York
         May _11_, 2007

                                    KRAVET & VOGEL, LLP

                                    By: _____
                                        Joseph A. Vogel (JV-5533)

                                    1040 Avenue of the Americas, Suite 1101
                                    New York, New York 10018-3703
                                    212-997-7634
                                    *Attorneys for Garnishee Standard Chartered Bank*

TO:   Carter Ledyard & Milburn LLP
      2 Wall Street
      New York, NY 10005
      212-732-3200

      *Attorneys for Plaintiff*

#1005                               3

## VERIFICATION

STATE OF NEW YORK         )
                          )ss.:
COUNTY OF NEW YORK        )

    JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

                                                                    JAYSON JARUSHEWSKY

Sworn to before me this
11th day of May 2007

_____
Notary Public

CHARLENE SUMPTER
Notary Public, State of New York
No. 01SU5042463
Qualified in New York County
Commission Expires April 24, ~~2007~~ 2011

#1005                                                              4