JONES S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
BRYGGEN SHIPPING AND TRADING AS,

              Plaintiff,

- against -

UNIVEN PEROQUIMICA LTDA,

             Defendant.
---------------------------------------x

Case No.
07 Civ. 3084 (BSJ)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07 dk

### ORDER PROVIDING FOR THE
### RELEASE OF FUNDS AND NOTICE OF DISMISSAL OF ACTION

WHEREAS, Plaintiff, Bryggen Shipping and Trading AS, ("Plaintiff") commenced this action with the filing of a Verified Complaint on April 127, 2007, and

WHEREAS, on application of the Plaintiff, Process of Maritime Attachment and Garnishment ("PMAG") was issued on April 17, 2007 pursuant to Supplemental Rule B directing the restraint of assets of Defendant, Univen Peroquimica Ltda, in the amount of $1,035,233.30; and

WHEREAS, the PMAG was subsequently served on several banking institutions including Wachovia Bank National Association; and

WHEREAS, funds belonging to Univen Peroquimica Ltda have been restrained at Wachovia Bank National Association pursuant to the subject PMAG; and

WHEREAS, the parties have settled the underlying matter;

WHEREAS, Defendant Univen Peroquimica Ltda has not appeared in this action, served or filed an answer or a motion for summary judgment.

6197879.1



IT IS HEREBY AGREED that all funds restrained pursuant to this action shall be released by any and all garnishee banks, including but not limited to Wachovia Bank National Association.

IT IS FURTHER AGREED that this action be dismissed without prejudice and without costs to any party;

NOW THEREFORE, on application of Plaintiff, it is hereby

ORDERED, that all funds restrained pursuant to this action shall be released by any and all garnishee banks, including but not limited to, Wachovia Bank National Association.

IT IS FURTHER ORDERED that this action be dismissed without prejudice and without costs to any party.

Dated: July 3, 2007
New York, New York

The Plaintiff
BRYGGEN SHIPPING AND TRADING AS,

By: _____
Donald J. Kennedy
Carter, Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
Tel. 212-732-3200
Fax: 212-732-3232
kennedy@clm.com

SO ORDERED:
_____
U.S.D.J.
7/11/07

-2-

6197879.1